IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jose M. Aponte, Jr. and Tiffany Aponte <br>     Debtors <br><br> Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2007-10 <br>     Movant <br> v. <br><br> Jose M. Aponte, Jr. and Tiffany Aponte <br>     Debtors/Respondents <br><br> William C. Miller, Standing Trustee <br>     Additional Respondent | CHAPTER 13 <br><br> BANKRUPTCY NO. 13-19846-JKF <br><br> **HEARING SCHEDULED FOR JUNE 1, 2016 AT 9:30 AM ROBERT N.C. NIX BUILDING 900 MARKET STREET COURTROOM #3, SECOND FLOOR PHILADELPHIA, PA 19107** |

ORDER

AND NOW, this 2nd day of August, 2016, at the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, upon failure of Debtors to file an answer within the time allowed, appear or otherwise respond to the Motion of the above Movant for Relief from the Automatic Stay, ~~or after a hearing~~, it is hereby ORDERED AND DECREED that:

(1) The Automatic Stay of all proceedings, as provided under §362 of 11 U.S.C. 362, is modified as to ~~allow~~ Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2007-10 its Successors and Assigns, Aleeuading ~~to proceed with, or to resume proceedings in mortgage foreclosure, including, but not limited to Sheriff's Sale of the "Mortgaged Property" known as~~ 5321 N 16Th St, Philadelphia, PA 19141-1607; ~~and to take action, by suit or otherwise, in its own name or the name of its assignee or servicer, to secure possession of said premises~~

(2) The Relief granted by this order shall survive conversion of this bankruptcy case to a case under any other Chapter of the bankruptcy code.

(3) The fourteen (14) day stay period afforded under F.R.B.P. 4001(a)(3) is hereby waived and the Movant, its successors in interest and/or assigns may IMMEDIATELY act upon this Order for Relief from the Automatic Stay.

_____
Jean K. FitzSimon, U.S.B.J.

The Law Offices of Barbara A. Fein, P.C./ 721 Dresher Road, Suite 1050, Horsham, PA 19044
Debtors: Jose M. Aponte, Jr. and Tiffany Aponte  5321 N. 16th Street, Philadelphia, PA 19141
Debtors' Attorney: Zachary Perlick, Esquire, 1420 Walnut Street, Suite 718, Philadelphia, PA 19102
William C. Miller, Standing Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107