United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-19846-jkf
Jose M. Aponte, Jr.                                                     Chapter 13
Tiffany Aponte
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 03, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db/jdb          +Jose M. Aponte, Jr.,    Tiffany Aponte,    5321 N. 16th Street,    Philadelphia, PA 19141-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BARBARA A. FEIN    on behalf of Creditor    Specialized Loan Servicing LLC, as Servicing Agent for
               The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
               the CWABS, Inc., Asset-Backed Certificates, Series juliep@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              BARBARA A. FEIN    on behalf of Creditor    The Bank of New York Mellon juliep@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    National Capital Management, LLC
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank of America, N.A., as successor by merger to
               BAC Home Loans Servicing, LP servicer for The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWABS Inc., As jkishbaugh@udren.com,  vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank Of America, N.A. jkishbaugh@udren.com,
               vbarber@udren.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, N.A., as successor by merger to
               BAC Home Loans Servicing, LP servicer for The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWABS Inc., As sbraunstein@udren.com,  vbarber@udren.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
              ZACHARY   PERLICK    on behalf of Debtor Jose M. Aponte, Jr. Perlick@verizon.net,
               pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Joint Debtor Tiffany  Aponte Perlick@verizon.net,
               pireland1@verizon.net
                                                                                              TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jose M. Aponte, Jr. and Tiffany Aponte<br>    Debtors | CHAPTER 13<br><br>BANKRUPTCY NO.<br>13-19846-JKF |
| Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2007-10<br>    Movant<br>v. | **HEARING SCHEDULED FOR JUNE 1, 2016 AT 9:30 AM ROBERT N.C. NIX BUILDING 900 MARKET STREET COURTROOM #3, SECOND FLOOR PHILADELPHIA, PA 19107** |
| Jose M. Aponte, Jr. and Tiffany Aponte<br>    Debtors/Respondents | |
| William C. Miller, Standing Trustee<br>    Additional Respondent | |

**ORDER**

AND NOW, this 2nd day of August, 2016, at the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, upon failure of Debtors to file an answer within the time allowed, appear or otherwise respond to the Motion of the above Movant for Relief from the Automatic Stay, ~~after a hearing~~, it is hereby ORDERED AND DECREED that:

(1) The Automatic Stay of all proceedings, as provided under §362 of 11 U.S.C. 362, is modified as to ~~allow~~ Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2007-10 its Successors and Assigns, Movant, ~~to proceed with, or to resume proceedings in mortgage foreclosure, including, but not limited to Sheriff's Sale of the "Mortgaged Property" known as~~ 5321 N 16Th St, Philadelphia, PA 19141-1607, and to take action, by suit or otherwise, in its own name or the ~~name of its assignee or servicer, to secure possession of said premises.~~

(2) The Relief granted by this order shall survive conversion of this bankruptcy case to a case under any other Chapter of the bankruptcy code.

(3) The fourteen (14) day stay period afforded under F.R.B.P. 4001(a)(3) is hereby waived and the Movant, its successors in interest and/or assigns may IMMEDIATELY act upon this Order for Relief from the Automatic Stay.

Jean K. FitzSimon, U.S.B.J.

The Law Offices of Barbara A. Fein, P.C./ 721 Dresher Road, Suite 1050, Horsham, PA 19044
Debtors: Jose M. Aponte, Jr. and Tiffany Aponte, 5321 N. 16th Street, Philadelphia, PA 19141
Debtors' Attorney: Zachary Perlick, Esquire, 1420 Walnut Street, Suite 718, Philadelphia, PA 19102
William C. Miller, Standing Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107