**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: JOSE & TIFFANY APONTE | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTORS | : | BANKRUPTCY No. 13-19846JKF |

CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I have not received a responsive pleading nor any objection to Debtor's Motion to Abate and Amend Plan Post-Confirmation, I respectfully request that the court enter the Order accompanying said application.

BY: /Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922