United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jose M. Aponte, Jr.  
Tiffany Aponte  
    Debtors

Case No. 13-19846-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 19, 2016  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2016.  
db/jdb      +Jose M. Aponte, Jr.,   Tiffany Aponte,   5321 N. 16th Street,   Philadelphia, PA 19141-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2016 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor   THE BANK OF NEW YORK MELLON et al...  
        agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        BARBARA A. FEIN    on behalf of Creditor   Specialized Loan Servicing LLC, as Servicing Agent for  
        The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of  
        the CWABS, Inc., Asset-Backed Certificates, Series juliep@lobaf.com,  
        lawofficeofbarbarafein@gmail.com  
        BARBARA A. FEIN    on behalf of Creditor   The Bank of New York Mellon juliep@lobaf.com,  
        lawofficeofbarbarafein@gmail.com  
        JASON BRETT SCHWARTZ    on behalf of Creditor   National Capital Management, LLC  
        jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
        JOHN ERIC KISHBAUGH    on behalf of Creditor   Bank of America, N.A., as successor by merger to  
        BAC Home Loans Servicing, LP servicer for The Bank of New York Mellon fka The Bank of New York,  
        as Trustee for the Certificateholders of CWABS Inc., As jkishbaugh@udren.com, vbarber@udren.com  
        JOHN ERIC KISHBAUGH    on behalf of Creditor   Bank Of America, N.A. jkishbaugh@udren.com,  
        vbarber@udren.com  
        SHERRI J. BRAUNSTEIN    on behalf of Creditor   Bank of America, N.A., as successor by merger to  
        BAC Home Loans Servicing, LP servicer for The Bank of New York Mellon fka The Bank of New York,  
        as Trustee for the Certificateholders of CWABS Inc., As sbraunstein@udren.com, vbarber@udren.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation  
        mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com  
        ZACHARY PERLICK    on behalf of Debtor Jose M. Aponte, Jr. Perlick@verizon.net,  
        pireland1@verizon.net  
        ZACHARY PERLICK    on behalf of Joint Debtor Tiffany Aponte Perlick@verizon.net,  
        pireland1@verizon.net  
                                                                                                                            TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: JOSE & TIFFANY APONTE        :    CHAPTER 13
                                    :
                                    :
        DEBTORS                     :    Bankruptcy No. 13-19846

ORDER

AND NOW, this 18th day of August, 2016, upon consideration of the Debtor's Motion to Abate and Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby approved.

BY THE COURT

_____
THE HONORABLE JEAN K. FITZSIMON

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Trustee
PO Box 40119
Philadelphia, PA 19106

JOSE & TIFFANY APONTE
5321 N. 16th St.
Philadelphia, PA 19141