## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jose M. Aponte, Jr. and Tiffany Aponte   | CHAPTER 13
      Debtor(s)

                                       BKY. NO. 13-19846 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-10, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0335

                                           Respectfully submitted,

                                           **/s/Thomas Puleo, Esquire**
                                           Thomas Puleo, Esquire
                                           Brian C. Nicholas, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 825-6306  FAX (215) 825-6406