IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: JOSE & TIFFANY APONTE    :    CHAPTER 13
:
:
DEBTORS    :    Bankruptcy No. 13-19846

ORDER

AND NOW, this 7th day of August, 2017, upon consideration of the Debtor's Motion to Abate and Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby approved.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Trustee
PO Box 40119
Philadelphia, PA 19106

JOSE & TIFFANY APONTE
5321 N. 16th St.
Philadelphia, PA 19141