```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     JOSE & TIFFANY APONTE      : Bankruptcy No. 13-19846AMC
                                      :
                                      :
           DEBTORS                    : Chapter 13
```

O R D E R

AND NOW, this  20th   day of  February  , 2018, upon consideration of the Debtor's Motion to Reconsider the Court Order of JANUARY 16, 2018, it is hereby ORDERED that said motion is GRANTED and Debtor's Chapter 13 Case is Reopened.

```
                           BY THE COURT:

                           _____
                           THE HONORABLE ASHELY M. CHAN
```

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
1234 Market Street, Suite 1813
Philadelphia, PA 19106

JOSE & TIFFANY APONTE
5321 N. 16th Street
Philadelphia, PA 19141

All parties on the Matrix