# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 13-19846-AMC

JOSE M. APONTE, JR.
TIFFANY APONTE
5321 N. 16TH STREET

PHILADELPHIA, PA 19141

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOSE M. APONTE, JR.
    TIFFANY APONTE
    5321 N. 16TH STREET

    PHILADELPHIA, PA 19141


Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                      /S/ William C. Miller

Date: 7/27/2018                            _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee