```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                     Case No. 13-19846-amc
Jose M. Aponte, Jr.                                        Chapter 13
Tiffany Aponte
      Debtors                    CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett            Page 1 of 3            Date Rcvd: Aug 28, 2018
                            Form ID: pdf900            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db/jdb         +Jose M. Aponte, Jr.,    Tiffany Aponte,    5321 N. 16th Street,    Philadelphia, PA 19141-1607
cr             +Specialized Loan Servicing LLC, as Servicing Agent,    8742 Lucent Boulevard,    Suite 300,
                 Highland Ranch, CO 80129-2386
cr             +The Bank of New York Mellon,    c/o Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13187334       +Bank of America,    6400 Legacy Drive,    Plano, TX 75024-3609
13240267       +Bank of America, N.A.,    400 National Way,    Simi Valley, CA 93065-6414
13187336        Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13187339       +Direct Loans,    PO Box 5609,    Greenville, TX 75403-5609
13187342        Equable Ascent Financial,    1120 W. Lake Rd,    Suite B,    Buffalo Grove, IL 60089
13187343       +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
13187345       +Magnolia Lane Partners,    3434 25th Ave.,    Suite 302,    Seattle, WA 98199-2229
13187346        Mercantile,    6341 Inducon Drive East,    Sanborn, NY 14132-9097
13205649       +NATIONAL CAPITAL MANAGEMENT, LLC.,    PO Box 12786,    Norfolk, VA 23541-0786
13187350       +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
13187352       +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13187353       +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13520810       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13538025       +The Bank of New York Mellon Trustee(See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13187359        U.S. Department of Education,    Direct Loan Servicing Center,    PO Box 5609,
                 Greenville, TX 75403-5609
13187360        Vision Financial Group,    PO Box 460260,    St. Louis, MO 63146-7260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:46:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2018 01:45:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2018 01:45:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 29 2018 01:45:53
                 American Honda Finance Corporation,    3625 W. Royal Lane, Suite 200,    Irving, TX  75063,
                 UNITED STATES
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2018 01:50:25
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13187332        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 29 2018 01:45:53      American Honda Finance,
                 P.O. Box 7829,    Philadelphia, PA 19101-7829
13191268        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 29 2018 01:45:53
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
13190840        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2018 01:50:30
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13187333       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 29 2018 01:45:48      Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
13270657        E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:46:04      City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13187335        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2018 01:50:25      Capital One,
                 P.O. Box 85617,    Richmond, VA 23276-0001
13193325       +E-mail/Text: bankruptcy@cavps.com Aug 29 2018 01:45:56      Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13187337       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 29 2018 01:46:12
                 Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
13187338       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 29 2018 01:50:16      Credit One Bank,
                 585 Pilot Rd.,    Las Vegas, NV 89119-3619
13187340        E-mail/Text: mrdiscen@discover.com Aug 29 2018 01:45:34      Discover,    P.O. Box 15251,
                 Wilmington, DE 19886-5251
13187341        E-mail/Text: Bankruptcy.Consumer@dish.com Aug 29 2018 01:45:48      Dish Network,    Dept. 0063,
                 palatine, IL 60055-0063
13187344        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2018 01:45:55      Jefferson Capital Systems,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
13187347       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2018 01:45:49      Midland Credit Mangement,
                 8875 Aero Drive,    Suite 2,    San Diego, CA 92123-2255
13187348       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2018 01:45:49      Midland Funding, LLC,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13187349       +E-mail/Text: bknotice@ncmllc.com Aug 29 2018 01:45:54      National Capital Management,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13187351       +E-mail/Text: bncmail@w-legal.com Aug 29 2018 01:45:54      Oak Harbor Capital IV, LLC,
                 c/o Weistein & Riley, PS,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 3                   Date Rcvd: Aug 28, 2018
                              Form ID: pdf900              Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13225006       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 29 2018 01:45:38      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13187354        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2018 01:49:59
                 Portfolio Recovery Associates,    120 Corporate Blvd.,     Suite 100,    Norfolk, VA 23502
13243288        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2018 01:50:00
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13187355       +E-mail/Text: bankruptcy@cavps.com Aug 29 2018 01:45:57      Precision Recovery,
                 c/o Cavalry Advsory Services,    500 Summit Lake Drive,    Suite 400,    Vahalla, NY 10595-2321
13187356       +E-mail/Text: csidl@sbcglobal.net Aug 29 2018 01:45:58      Premier Bankcard,    PO Box 2208,
                 Vacaville, CA 95696-8208
13187358        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2018 01:50:04      T-Mobile,
                 c/o American Inforsource,    PO Box 248848,    Oklahoma City< OK 73124-8848
13187361        E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:46:04      Water Revenue Bureau,
                 1401 J.F.K. Blvd.,    Philadelphia, PA 19102
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13212695*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-)
13198364*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13317888*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
13187357       ##RJM Acquisition, LLC,   575 Underhill Blvd., Suite 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BARBARA A. FEIN    on behalf of Creditor    The Bank of New York Mellon bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Creditor    Specialized Loan Servicing LLC, as Servicing Agent for
               The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
               the CWABS, Inc., Asset-Backed Certificates, Series bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    National Capital Management, LLC
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank Of America, N.A. jkishbaugh@udren.com,
               vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank of America, N.A., as successor by merger to
                BAC Home Loans Servicing, LP servicer for The Bank of New York Mellon fka The Bank of New York,
                as Trustee for the Certificateholders of CWABS Inc., As jkishbaugh@udren.com, vbarber@udren.com

```
District/off: 0313-2           User: Antoinett            Page 3 of 3                   Date Rcvd: Aug 28, 2018
                               Form ID: pdf900            Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        SHERRI J. Smith    on behalf of Creditor    Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS Inc., As sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com

        THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS Inc., As tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

        WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

        ZACHARY    PERLICK    on behalf of Joint Debtor Tiffany    Aponte Perlick@verizon.net, pireland1@verizon.net

        ZACHARY    PERLICK    on behalf of Debtor Jose M. Aponte, Jr. Perlick@verizon.net, pireland1@verizon.net

        TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE M. APONTE, JR.   Chapter 13
TIFFANY APONTE

               Debtor              Bankruptcy No. 13-19846-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __28th__ day of __August__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
JOSE M. APONTE, JR.
TIFFANY APONTE
5321 N. 16TH STREET

PHILADELPHIA, PA 19141